**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Melissa Ann Janin<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6472<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–16996–CMG | |

# Order of Discharge       12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Melissa Ann Janin
    fka Melissa Ann Forder

3/22/21                                  **By the court:** Christine M. Gravelle
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-16996-CMG
Melissa Ann Janin                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                Page 1 of 3
Date Rcvd: Mar 22, 2021                     Form ID: 3180W                             Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Ann Janin, 1004 Fox Hill Place, Milford, NJ 08848-1852 |
| cr | + | Fox Hills at Rockaway Condominium Association, One J.F.K. Circle, Rockaway, NJ 07866-5846 |
| cr | + | WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517899695 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 515453500 | + | Fox Hill Condominium Association Inc, c/o Hill Wallack LLP, 202 Carnegie Center, Princeton, NJ 08540-6239 |
| 515682314 | + | Fox Hill Condominium Association, Inc., c/o Hill Wallack LLP,, Attn: Eric P. Kelner, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 515676471 | + | Fox Hill Condominium Association, Inc. c/o, Regency Management Group, LLC, 35 Clyde Road, Suite 102, Somerset, NJ 08873-5033 |
| 516660761 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2021 01:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2021 01:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515453497 | + | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Americas Servicing Co, Attention: Bankruptcy, Po Box 10328, Des Moines, IA 50306-0328 |
| 515453498 | + | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Americas Servicing Co, Po Box 10328, Des Moines, IA 50306-0328 |
| 515681668 | | EDI: BL-BECKET.COM | Mar 23 2021 00:43:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515603394 | + | EDI: WFFC.COM | Mar 23 2021 00:43:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., AMERICA'S SERVICING COMPANY, ATTENTION: BANKRUPTCY DEPARTMENT, MAC #D3347-014, 3476 STATEVIEW BOULEVARD, FORT MILL, SC 29715-7203 |
| 515689859 | + | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Deutsche Bank National Trust Company, as Trustee, c/o America's Servicing Co., as Servicer, 3476 Stateview Blvd, Attn: Bankruptcy Dept. MAC #D3347-014, Fort Mill, SC 29715-7203 |
| 516392050 | | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Deutsche Bank National Trust Company, as Trustee, c/o America's Servicing Company, as Serv, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 515453501 | + | EDI: HFC.COM | Mar 23 2021 00:38:00 | Hsbc/boscov, Hsbc, Po Box 5226, Carol Stream, IL 60197-5226 |
| 515453502 | + | EDI: HFC.COM | Mar 23 2021 00:38:00 | Hsbc/boscov, Po Box 4274, Reading, PA |

Case 15-16996-CMG    Doc 59    Filed 03/24/21    Entered 03/25/21 00:16:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | 19606-0674 |
| 515453499 | | EDI: JPMORGANCHASE | Mar 23 2021 00:38:00 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 515453503 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 23 2021 01:39:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515688359 | | EDI: PRA.COM | Mar 23 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Chase Bank Usa, N.a., POB 41067, Norfolk VA 23541 |
| 515692740 | | EDI: PRA.COM | Mar 23 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 515474911 | | EDI: Q3G.COM | Mar 23 2021 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 515453504 | + | EDI: CITICORP.COM | Mar 23 2021 00:38:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 515453506 | + | EDI: WFNNB.COM | Mar 23 2021 00:38:00 | Spiegel, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 515453505 | + | EDI: WFNNB.COM | Mar 23 2021 00:38:00 | Spiegel, Po Box 183043, Columbus, OH 43218-3043 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516660762 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516667047 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516667048 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 26 |

Denise E. Carlon
       on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric P. Kelner
       on behalf of Creditor Fox Hills at Rockaway Condominium Association ekelner@hillwallack.com fmansmann@hillwallack.com;OOtarsi@HillWallack.com

Kirsten B. Ennis
       on behalf of Debtor Melissa Ann Janin pacerecf@ennislegal.com  r53278@notify.bestcase.com

Rebecca Ann Solarz
       on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 rsolarz@kmllawgroup.com

TOTAL: 7